Jerry Wood was convicted of violating the prohibitory law, and appeals. Affirmed.

W. J. Davidson, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and C. J. Davenport, for the State.

PER CURIAM. The plaintiff in error, Jerry Wood, was convicted in the county court of Oklahoma county, on the 15th day of June, 1911, on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and on the 30th day of said month was sentenced by the court in accordance with the verdict of the jury to pay a fine of five hundred dollars and serve a term of six months in the county jail. Upon a careful examination of the record we find no error sufficient to justify a reversal of this cause. The judgment of the trial court is, therefore, affirmed.

## W. B. McKENZIE v. STATE.
### No. A-1449. Opinion Filed June 21, 1912.
### Appeal from Woods County Court;
### W. M. Bickle, Judge.

W. B. McKenzie was convicted of violating the prohibitory law, and appeals. Affirmed.

C. H. Mauntel, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error, W. B. McKenzie, was convicted in the county court of Woods county, on the 24th day of July, 1911, on a charge of selling intoxicating liquor, and his punishment fixed at a fine of three hundred dollars and imprisonment in the county jail for a term of ninety days. Upon a careful examination of the record we find no error sufficiently prejudicial to justify a reversal of this cause. The judgment of the trial court is, therefore, affirmed.

## JOHN EATON v. STATE.
### No. A-1462. Opinion Filed June 21, 1912.
### Appeal from Woods County Court;
### W. M. Bickle, Judge.

John Eaton was convicted of violating the prohibitory law, and appeals. Affirmed.

C. H. Mauntel, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and C. J. Davenport, for the State.

PER CURIAM. The plaintiff in error, John Eaton, was convicted at the July, 1911, term of the county court of Woods county on a charge of selling intoxicating liquors, and his punishment fixed at imprisonment in the county jail for a period of ninety days and a fine of one hundred fifty dollars. Upon a careful examination of the record we find no error sufficient to justify a reversal of this cause. The judgment of the trial court is, therefore, affirmed.

## JOHN EATON v. STATE.
### No. A-1463. Opinion Filed June 21, 1912.
### Appeal from Woods County Court;
### W. M. Bickle, Judge.

John Eaton was convicted of violating the prohibitory law, and appeals. Affirmed.

C. H. Mauntel, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and C. J. Davenport, for the State.

PER CURIAM. The plaintiff in error, John Eaton, was convicted at the July, 1911, term of the county court of. Woods county, on a charge of selling intoxicating liquors, and his punishment fixed at imprisonment in the county jail for a period of ninety days and a fine of one hundred fifty dollars. Upon a careful examination of the record we find no error sufficient to justify a reversal of this cause. The judgment of the trial court is, therefore, affirmed.

---

F. D. TAGGART v. STATE.

No. A-1467.   Opinion Filed June 21, 1912.

Appeal from Oklahoma County Court;

John W. Hayson, Judge.

F. D. Taggart was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

Giddings & Giddings, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, F. D. Taggart, was convicted at the April, 1911, term of the county court of Oklahoma county, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and was adjudged to pay a fine of five hundred dollars and be imprisoned in the county jail for a period of six months. Judgment was rendered against the accused on the 28th day of June, 1911. The petition in error and case-made were filed in this court on the 3rd day of November, 1911, long after the time provided by law within which the appeal could be taken. The attorney general has filed a motion to dismiss the appeal on the ground that it was not filed within the time provided by the statute, and that this court is without jurisdiction to review the same. The motion is sustained and the appeal dismissed.

---

WILL CARTER v. STATE.

No. A-1713.   Opinion Filed July 9, 1912.

Appeal from District Court, McClain County;

R. McMillan, Judge.

PER CURIAM. Appellant was found guilty in the district court of McClain county of the offense of burglary in the second degree, and his punishment was assessed at two years confinement in the state penitentiary. From this judgment appellant prosecuted an appeal. The appellant has filed a motion in this court asking that said appeal be dismissed, and it is so ordered.

---

OTTO McSPADDEN v. STATE.

No. A-1474.   Opinion Filed July 9, 1912.

Appeal from Rogers County Court;

H. Tom Kight, Judge.

Bonds & Howard, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Appellant was convicted in the county court of Rogers county for violating the prohibitory liquor laws and his punishment was assessed at a fine of fifty dollars and thirty days confinement in the county jail. Only one witness testified on this trial. E. D. Crowell, being placed on the stand for the state, testified that some time during December prior to the institution of this prosecution he bought a drink of whisky in the Chelsa drug store from appellant.